UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

RUSSELL CATES,

        Defendant.

Case No. 2:20-mj-00519-VCF
**ORDER**

    IT IS THEREFORE ORDERED that the Preliminary Examination currently scheduled for Monday, November 23, 2020, at 4:00 p.m., be vacated and continued to February 22, 2021 at the hour of 4:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

    DATED this 16 day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3