FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

2/18/2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   JIM W. FANG
3  Assistant United States Attorney
   501 Las Vegas Blvd. South, Ste. 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6317 / Fax: 702.388.6418
5  jim.fang@usdoj.gov

6  *Attorneys for the United States*

7                     UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
8

9  UNITED STATES OF AMERICA,            Case No. 2:20-mj-519-VCF

10              Plaintiff,               ORDER **to Continue the Preliminary Hearing (Second Request)**

11       v.

12 RUSSELL CATES,

13              Defendant.

14      It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United

15 States Attorney, through Jim W. Fang, Assistant United States Attorney, and Karen A.

16 Connolly, Esq., counsel for Defendant, that the preliminary hearing in the above-captioned

17 matter, previously scheduled for February 22, 2020, at 4:00 p.m., be vacated and continued

18 until a time convenient to the Court, but no earlier than 90 days from the current setting.

19      1.      Federal Rule of Criminal Procedure Rule 5.1(d) provides that "[w]ith the

20 defendant's consent and upon a showing of good cause—taking into account the public

21 interest in the prompt disposition of criminal cases—a magistrate judge may extend the time

22 limits [for preliminary hearings] one or more times." Here, the parties desire to explore the

23 potential to resolve this matter before defendant is formally charged by a criminal

24 indictment.

2. This continuance is not sought for the purposes of delay, but to allow the parties to reach a pre-indictment resolution to the matter. In fact, the parties anticipate that the case will be resolved in the near future, thus the continuance is sought to account for the time needed to submit the potential plea agreement for the court's consideration.

3. Defendant is in custody and agrees to the continuance.

4. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

5. The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

DATED this 16th day of February, 2021.

NICHOLAS A. TRUTANICH
United States Attorney

*s/Jim W. Fang*
JIM W. FANG
Assistant United States Attorney
*Counsel for the United States*

*s/ Karen A. Connolly*
KAREN A. CONNOLLY, ESQ.
*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUSSELL CATES,

    Defendant.

Case No. 2:20-mj-519-VCF

**FINDINGS AND ORDER**

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. The parties desire to continue the preliminary hearing to facilitate pre-indictment resolution. The parties anticipate that the case will be resolved in the near future, thus the continuance is sought to account for the time needed to submit the potential plea agreement for the court's consideration. The Court finds good cause to continue the hearing to facilitate a pre-indictment resolution.

2. Both counsel for defendant and counsel for the government agree to the continuance.

3. Defendant is in custody and agrees to the continuance.

4. The continuance is not sought for the purposes of delay, but to allow the parties to resolve the case pre-indictment, and to give the court time to consider any potential plea agreement submitted by the parties.

5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

3

6. The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearings in the above-captioned matter, previously scheduled for February 22, 2021, at 4:00 p.m., be vacated and continued to May 26, 2021 at 4:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this __18__ day of February, 2021.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE